

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2015

No. 04-14-00897-CV

**IN THE ESTATE OF WILLIAM THOMAS BOOTH,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2786
Honorable Tom Rickhoff, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to September 9, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:   Dan Pozza
      Law Offices of Dan Pozza
      239 East Commerce Street
      San Antonio, TX 78205

      A. Chris Heinrichs
      Heinrichs & DeGennaro, P.C.
      100 NE Loop 410 Ste 1075
      San Antonio, TX 78216-4716

      Adan Gonzalez III
      Law Offices of Donato D. Ramos
      6721 McPherson, Ste. 350
      Laredo, TX 78041-3011

      James Jones Jr.
      Law Offices of James K. Jones, Jr.
      P.O Box 560
      Laredo, TX 78042